**Electronically Filed
Supreme Court
SCWC-12-0000485
18-JUN-2013
02:39 PM**

SCWC-12-0000485

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS GRANDINETTI,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000485; CR. NO. 88-2074)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Petitioner-Appellant's application for writ of certiorari filed on May 15, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 18, 2013.

Francis Grandinetti,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

